IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL MCCRAY,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00196-SPM -GRJ

CHIEF DOUGLAS, A GRAVES, ALTON HORNE,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (Doc. 2). Plaintiff must have an authorized official at the Levy County Jail sign the Prisoner Consent Form. Plaintiff should show this order to the jail officials if they continue to maintain that they do not have to sign anything.

Accordingly, it is **ORDERED:**

1. Ruling will be deferred on the motion for IFP until after the Prisoner Consent Form is signed and returned.

2. The Clerk shall mail another Prisoner Consent Form to Plaintiff, which he shall sign and have an official sign and return on or before **October 15, 2010.**

**DONE AND ORDERED** this 27th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge