IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY RAY WALLACE,

    Plaintiff,

v.                                                  CASE NO. 4:09-cv-00245-RH-GRJ

BRAD SEGREE, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause of action pursuant to 42 U.S.C. §1983 alleging excessive use of force by several jail employees at the Franklin County Jail on November 9, 2007. (Doc. 6, at 5.) Plaintiff also claims that he was denied medical care following the incident. Id. at 5-6.

The Court directed Plaintiff in the Court's Order dated October 27, 2010 to submit four service copies of the amended complaint (Doc. 6) for service upon the Defendants. (Doc. 12). Plaintiff likely has been released as evidenced by the Notice of Change of Address filed by Plaintiff on August 18, 2010, disclosing that Plaintiff's new address is a private residence. (Doc. 9.) Because Plaintiff had failed to file any copies as instructed, the Court entered a show cause order requesting Plaintiff to file a response by November 17, 2010. (Doc. 13.) Plaintiff has not filed any response nor has he submitted any service copies as directed. The docket reflects that none of the Court's mail has been returned as undeliverable.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626 (1962); Eades v. Alabama Dept. of

<u>Human Resources</u>, 298 Fed. Appx. 862 (11th Cir. 2008) (district court has discretion to dismiss case *sua sponte* where plaintiff has failed to comply with court orders and was on notice that such failure may result in dismissal). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.

Plaintiff has failed to comply with two orders of this Court directing that he submit service copies of the amended complaint. (Docs. 12 and 13.) Plaintiff was advised that failure to comply with the Court's Order may result in a recommendation that his case be dismissed. Despite these warnings Plaintiff has not responded. Because it appears that Plaintiff has been released from custody and has not responded to the Court's Orders, Plaintiff may have abandoned this lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and for failure to comply with orders of the Court.

At Gainesville, Florida, this 30th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**