IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL McCRAY,

    Plaintiff,

v.                                CASE NO. 1:10-cv-196-SPM-GRJ

A GRAVES, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On October 14, 2010, the Court ordered Plaintiff to advise the Court of his new address on or before November 15, 2010. The Clerk mailed the order to Plaintiff's last known address at the Levy County Jail, but it was returned as undeliverable. Plaintiff has not filed a change of address. On December 30, 2010, the Court sent Plaintiff the forms necessary to proceed *in forma pauperis* at an address obtained by the Clerk through the Department of Corrections website. The Court directed Plaintiff to file the completed forms on or before January 14, 2011, and warned Plaintiff that failure to respond would result in a recommendation that this case be dismissed. Doc. 8. As of the date of this Order, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

  A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:11-cv-00001-MP -GRJ*