Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL MCRAY,

    Plaintiff,

v.  CASE NO. 1:10cv196-SPM/GRJ

A GRAVES, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 22, 2011 (doc. 11).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed without prejudice for failure to comply with

an order of the Court and for failure to prosecute.

DONE AND ORDERED this 24th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge